United States District Court
Southern District of Texas
**ENTERED**
October 31, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Jose L. Gonzalez Macias and Joaquin Gomez, Individually and on Behalf of Others Similarly Situated, *Plaintiffs,* v. Tommy Grantland, Basic Masonry, Inc., and Easthaven Incorporated, *Defendants.* | Case No. 4:22-cv-02629 |

# FINAL JUDGMENT

In accordance with the Order Granting Approval of Settlement and Dismissing the Case with Prejudice, entered on October 31, 2023 (Dkt. 38), it is hereby **ORDERED** that this case is **DISMISSED WITH PREJUDICE**.

This is a final, appealable judgment.

Signed on October 31, 2023, at Houston, Texas.

Yvonne Y. Ho
United States Magistrate Judge